**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1447**

RICHARD C. FOY,

      Plaintiff - Appellant,

       v.

UNITED STATES OF AMERICA; BARACK HUSSEIN OBAMA, Past President of the United States of America; US DEPARTMENT OF JUSTICE; US FEDERAL COMMUNICATION COMMISSION,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:17-cv-00080-F)

Submitted:  May 23, 3017                      Decided:  May 26, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard C. Foy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard C. Foy seeks to appeal the magistrate judge's report and recommendation that Foy's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Foy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*